CATHERINE CORTEZ MASTO
Attorney General
PETER K. KEEGAN
Deputy Attorney General
Nevada Bar No. 12237
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel: 775-684-1257
Fax: 775-684-1275
Email: pkeegan@ag.nv.gov

*Attorneys for Defendants
Edward Gibson, Jack Palmer,
James Stogner and Lisa Walsh*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN POPE,<br><br>        Plaintiff,<br><br>v.<br><br>JACK PALMER, et al.<br><br>        Defendants. | Case No.  3:13-cv-00357-MMD-VPC<br><br>**NOTICE OF<br>SUBSTITUTION OF ATTORNEY** |

    Defendants, Edward Gibson, Jack Palmer, James Stogner, and Lisa Walsh, by and through counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, and Nathan L. Hastings, Deputy Attorney General, hereby notify the Court and respective parties that Deputy Attorney General Peter K. Keegan has assumed responsibility for representing the interests of the Defendants in the above-entitled action.

    Deputy Attorney General Nathan L. Hastings is no longer the attorney responsible for the handling of this case for the Office of the Attorney General and should be removed from association with this case.

///

///

///

///

It is further requested that all future pleadings be served upon and any contact by court personnel or Plaintiff be directed to the undersigned counsel.

Dated this 22nd day of April, 2014.

CATHERINE CORTEZ MASTO
Attorney General

By: _____
PETER K. KEEGAN
Deputy Attorney General
Bureau of Public Affairs
Public Safety Division

*Attorneys for Defendants*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: April 23, 2014

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 22nd day of April, 2014, I caused to be deposited for mailing, a true and correct copy of the foregoing, **NOTICE OF SUBSTITUTION OF ATTORNEY,** to the following:

KEVIN D. POPE  #71628
SOUTHERN DESERT CORRECTIONAL CTR
P.O. BOX 208
INDIAN SPRINGS, NV 89070

_/s/ Trenneci Hyland_
An employee of the
Office of the Attorney General